

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00079-CV

**IN RE** Chad **KLEIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

Delivered and Filed: February 12, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On February 6, 2020, relator filed a petition for writ of mandamus, and requested a stay of the trial court's temporary orders that relator contends were orally rendered on February 5, 2020. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's request for a stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CI-01708, styled *In the Interest of B.F.K., K.K., and B.M.K., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga, presiding.